JOSEPH SCHLESINGER, #87692
Acting Federal Defender
ANGELES ZARAGOZA, #270198
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT LEE PERRY JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>ROBERT LEE PERRY JR.,<br><br>         Defendant.<br>_____ | No. 13-CR-0049 LKK<br><br>STIPULATION AND ORDER ORDERING PRE-PLEA PRESENTENCE CRIMINAL HISTORY REPORT<br><br>Judge: Hon. Lawrence K. Karlton<br>Date:  May 7, 2013<br>Time:  9:15 a.m. |

   The parties mutually request that the Court order the U.S. Probation office to prepare a Pre-Plea Presentence report.  Defense investigation of this issue suggests results of such a review and report may have a substantial ameliorative effect on advisory guideline computations and a consequential beneficial effect on the ability of the parties to reach mutually agreeable terms of resolution of the case without trial.

   The court is advised that defense counsel has conferred with Supervising U.S. Probation Officer Hugo Ortiz who has advised that five to six weeks is needed for the probation office to perform this task. He has also advised that the Probation Office needs an order from the

1  court directing them to undertake this inquiry.  A proposed order as
2  requested by Mr. Ortiz follows this stipulation.  The court's deputy
3  clerk has advised defense counsel that the court is available for
4  status conference on May 7, 2013, thereby allowing the Probation Office
5  the time they require to prepare the requested report.

6       For the purpose of computing time under the Speedy Trial Act, 18
7  U.S.C. § 3161, et seq., within which trial must commence, the time
8  period of March 19, 2013 to May 7, 2013, inclusive, is deemed
9  excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]
10 because it results from a continuance granted by the Court at
11 defendant's request on the basis of the Court's finding that the ends
12 of justice served by taking such action outweigh the best interest of
13 the public and the defendant in a speedy trial.

14      **IT IS SO STIPULATED.**

16 Date:   March 15, 2013                /s/ Olusere Olowoyeye
                                         OLUSERE OLOWOYEYE
17                                       Assistant United States Attorney
                                         Counsel for Plaintiff

20 Date:   March 15, 2013                JOSEPH SCHLESINGER
                                         Acting Federal Defender

22                                       /s/ Angeles Zaragoza
                                         ANGELES ZARAGOZA
23                                       Assistant Federal Defender
                                         Counsel for Defendant
24                                       ROBERT LEE PERRY JR.

Stipulation and Order              -2-

**O R D E R**

The above stipulation of the parties is accepted.

The probation office is directed to conduct the complete Pre-Plea Presentence investigation requested in the above stipulation and report its results to counsel for each of the parties on or before May 7, 2013, unless a later date is subsequently set by the court.

**IT IS SO ORDERED.**

By the Court,

Date: March 18, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation and Order                    -3-