JOSEPH SCHLESINGER, #87692
Acting Federal Defender
ANGELES ZARAGOZA, #270198
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT PERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Cr.S. 13-0049-LKK |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER CONTINUING** |
|  | ) **STATUS CONFERENCE AND EXCLUDING** |
| v. | ) **TIME** |
| ROBERT PERRY, | ) DATE:  June 18, 2013 |
|  | ) TIME:  9:15 a.m. |
| Defendant. | ) JUDGE: Hon. Lawrence K. Karlton |

ROBERT PERRY by and through his counsel, ANGELES ZARAGOZA, Assistant Federal Defender, and OLUSERE OLOWOYEYE, Assistant United States Attorney, hereby agree that the status conference set for May 7, 2013, be continued to June 18, 2013, at 9:15 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant and to continue investigating the facts of the case.

Counsel, along with the defendant, agree that the time from the date of this order through June 18, 2013, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §§3161(h)(7)(A)and(B)(iv) and Local Code T4, [reasonable time to prepare] and that the ends of justice served by this continuance outweigh the best interests of the public and the

1  defendants in a speedy trial.

2  DATED: May 2, 2013                    Respectfully submitted,

3                                         JOSEPH SCHLESINGER
                                          Acting Federal Defender

                                          /S/ Angeles Zaragoza
5                                         ANGELES ZARAGOZA
                                          Assistant Federal Defender
6                                         Attorney for Defendant
                                          ROBERT PERRY

8  DATE: May 2, 2013                     BENJAMIN B. WAGNER
                                          United States Attorney

10                                        /S/ Angeles Zaragoza for
                                          OLUSERE OLOWOYEYE
11                                        Assistant United States Attorney

13                      **O R D E R**

15      IT IS HEREBY ORDERED that this matter is continued to Tuesday,
16  June 18, 2013, at 9:15 a.m., for further Status Conference.
17         IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161
18  (h)(7)(B)(iv) and Local Code T4, the period from the date of this
19  stipulation up to and including June 18, 2013, is excluded from the
20  time computations required by the Speedy Trial Act due to ongoing
21  preparation of counsel, and that the ends of justice served by this
22  continuance outweigh the best interests of the public and the
23  defendants in a speedy trial.

Dated: May 6, 2013

                                          LAWRENCE K. KARLTON
                                          SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT