1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MATTHEW C. BOCKMON, #161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, CA  95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  ROBERT PERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 13-CR-049 LKK |
|---|---|---|
| Plaintiff, | ) | ORDER AFTER HEARING |
| v. | ) | |
| ROBERT PERRY, | ) | |
| Defendant. | ) | |

    This matter came on for Status Conference on Tuesday, September 10, 2013, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge.  Assistant United States Attorney Olusere Olowoyeye appeared on behalf of the United States of America.  Assistant Federal Defender Matthew C. Bockmon, appeared on behalf of Defendant ROBERT LEE PERRY, JR., who was present in custody.

    A Further Status Conference/Change of Plea hearing date of Tuesday, October 8, 2013, 2013, at 9:15 a.m., was set.

    Accordingly, the parties stipulated and agreed that the time for trial under the Speedy Trial Act should be excluded from September 10, 2013, up to and including October 8, 2013, pursuant to 18 U.S.C. §3161 (h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4, and that the ends of justice to be served  in continuing this matter to allow defendant further time to prepare outweigh the best interest of the public and the defendants to a speedy trial.

/ / /

1  Good cause appearing therefor,

2  IT IS ORDERED that this matter is continued to Tuesday, October 8, 2013, at 9:15 a.m.

3  IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(A)&(B)(iv) and Local Code T4, the period from September 10, 2013, up to and including October 8, 2013, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Dated:  September 24, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT